ORIGINAL

CC: JMS
+filer

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 19 2026

at 1 o'clock and 20 min. P M
Lucy H. Carrillo, Clerk

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAI'I

JANE DOE, Plaintiff

v.

BLAIR AKAMINE, et al., Defendants

Case No. C 26 00245 JMS RT

## MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Plaintiff, proceeding pro se, respectfully moves this Court for an order permitting her to proceed under the pseudonym "Jane Doe" in this action. In support of this motion, Plaintiff states as follows:

## I. INTRODUCTION

Plaintiff seeks leave to proceed under a pseudonym due to significant privacy and psychological harm concerns arising from the public disclosure of her identity in connection with this litigation. Plaintiff asserts claims under the Fair Housing Act involving disability-related issues and a request for a reasonable accommodation.

## II. LEGAL STANDARD

Federal courts have discretion to permit litigants to proceed under pseudonyms in exceptional circumstances where a party's privacy interest outweighs the public's interest in disclosure and any prejudice to the opposing party. Courts consider factors including the severity of the privacy interest, the risk of harm from disclosure, and the public interest in open proceedings.

## III. FACTUAL BASIS FOR REQUEST

This action involves sensitive personal matters relating to Plaintiff's disability and housing circumstances. Public disclosure of Plaintiff's identity in connection with these matters would create a risk of significant emotional harm and distress.

Plaintiff's request is supported by additional facts set forth in a declaration filed under seal due to the sensitive and personal nature of the information.

Plaintiff does not seek to withhold her identity from Defendants. Defendants will be provided with Plaintiff's true identity and will have full access to participate in the litigation. Plaintiff's request is limited to protection from public disclosure in court records.

## IV. BALANCING OF INTERESTS

Plaintiff recognizes the presumption of public access to judicial proceedings. However, in this case, Plaintiff's privacy and safety interests outweigh any potential prejudice to Defendants, who will be aware of Plaintiff's identity throughout the proceedings.

Permitting Plaintiff to proceed under a pseudonym will not hinder the Court's ability to adjudicate the matter or impair Defendants' ability to defend against the claims.

## V. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

1. Permit Plaintiff to proceed under the pseudonym "Jane Doe";
2. Direct the Clerk of Court to maintain Plaintiff's true name under seal; and
3. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: May 19, 2026

Jane Doe
P.O. Box 15066
Honolulu, HI 96830
(917) 525-3495
Plaintiff, Pro Se