# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:26-cv-00245 JMS-RT |
| CASE NAME: | Jane Doe v. Blair Akamine, et al. |
| ATTY FOR PLTF: | Jane Doe, Pro se |
| ATTY FOR DEFT: | Jonathan Ortiz |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | Courtroom 5 – No Record<br>FTR - Courtroom 5 |
| DATE: | 11/19/2026 | TIME: | 11:00 am – 2:35 pm<br>2:36 pm – 2:50 pm |

COURT ACTION: EP: CONFIDENTIAL EARLY SETTLEMENT CONFERENCE; CONFIDENTIAL SETTLEMENT ON THE RECORD had on 11/19/2026.

Others Present:

- Blair Akamine, Defendant
- Stephanie Wong, Defendant and Representative for Defendant Peony Family Trust

**Confidential Settlement Conference (No Record: 11:00 a.m. – 2:35 p.m.)**

Discussion had. Court extends Mediator’s proposal. Settlement reached.

**Confidential Settlement on the Record (SEALED: 2:36 p.m. – 2:50 p.m.)**

Court recited the **material and essential** terms of the settlement.

Parties, individually and through counsel, **confirmed and consented** to the settlement terms as cited by the Court and further clarified.

Court finds the essential terms of a **binding and enforceable settlement** have been set forth in the record of this proceeding.

Settlement **terms** to remain **confidential**. The audio record and/or transcript of this hearing shall be sealed. Counsel and the parties to the settlement, however, shall be permitted access without further court order.

Court to retain jurisdiction to effectuate settlement up through the filing of the Stipulation to Dismiss.

**Stipulation to Dismiss** is due by **12/30/2026** and to be submitted to Seabright_Orders@hid.uscourts.gov, with a courtesy copy to Trader_Orders@hid.uscourts.gov.

To monitor status of the **Stipulation to Dismiss**, the Court sets a **Confidential Telephone Conference** for **2/1/2027 at 9:00 a.m.** before Magistrate Judge Trader. No submissions required. Parties and other participants must call at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

Dial in number: 1-833-568-8864 (toll-free).

Meeting ID: 161 5641 6035.

Should the Stipulation to Dismiss be filed prior, the Court will automatically vacate the **2/1/2027** Telephone Conference.

In light of the foregoing, [ECF [29]] *Renewed Motion for Leave to Proceed Under Pseudonym;* and *[ECF [30]] Renewed Motion to File Declaration Under Seal* are **DEEMED WITHDRAWN** and **TERMINATED**.

*Submitted by: Jocelyn Orosz, Courtroom Manager*